November 9, 2021

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

NOV 1 7 2021

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

Judge Clark Waddoups
United States District Court
District of Utah

1:19-cr-00060-CW-1

Honorable Clark Waddoups,

I thank you for the opportunity to write this letter to request an early termination of probation. I have complied with all the conditions set forth by the probation office and have followed all the standard conditions of supervision. I've cut off all involvement with talk radio and no longer make calls of any kind to the Capitol switchboards. I've completed the MRT and anger management course with Adam Capal at the Davis County Mental Health. I've been continuously employed, have worked hard since my release, and look forward to moving on from delivery to a preferable and specialized career until retirement.

I admit that there have been frequent periods where I have felt remorse and deep regret because, up until this situation in my recent past, I have always tried to maintain an honest and productive life, including many opportunities for service and caring for others. I let myself and my family down by getting caught up in the political rhetoric offered by news media and talk radio. I no longer take part in any kind of news or social media and have no desire to allow these forums to dictate how I direct my life, my choices, or my actions. My greatest desire is to continue with the part of my life where my example reflects my love for family, friends, and my faith.

These past two years I have worked towards maintaining a peaceful environment. I have felt a significant change simply by focusing on the good, the positive, and everything there is to be grateful for. I choose to listen to LDS church audio books, talks, and devotionals. I've recently accepted a calling as Secretary in the Sunday School Presidency in my ward. We have a large family and a close neighborhood which provides lots of opportunity to serve. Like my brother and sister, and their spouses, I would also like to serve in the Temple with my wife.

I can't say that all frustrations have disappeared, but I've let go of the need to worry about politics and I simply try to remember to focus on my priorities. The world isn't going to be perfect, in fact it just might get worse before it gets better, but where I find myself in my life going forward is a choice, and the foundation I stand on is also a choice. I can't change what's going on in the world, but I can, and have most definitely, changed the way I react to every situation.

I recognize that I'm a very fortunate man because my wife, (especially my wife), my family, and friends know who I am as a person, and have loved me through these past years, and I appreciate the support that I have received from them. I look forward to traveling with my wife and spending some valuable and relaxing time away with her. She deserves everything I have to offer her and more.

I can honestly say that I will never allow myself to be in this situation again. I don't want the past to define me, and being released from probation will help me to move on with some of my goals in life, including jobs that I'm interested in, which could become available to me after probation has been completed. I hope that you find it appropriate to conclude this probation period for me.

Thank you again for your time,

Scott Brian Haven