TRINA A. HIGGINS, United States Attorney (#7349)
JENNIFER E. GULLY, Assistant United States Attorney (#15453)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah  84111-2176
Telephone:  (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT BRIAN HAVEN,<br><br>Defendant. | Case No. 1:19-cr-60<br><br>RESPONSE TO MOTION TO REDUCE/MODIFY SENTENCE<br><br>Hon. Clark Waddoups<br>United States District Court Judge |

On February 14, 2023, Mr. Haven sent a letter to the court requesting that his federal felony conviction be reduced to a misdemeanor. He attached a Utah State Court form for a motion to reduce conviction pursuant to Utah Code 76-3-402(3)), along with some United States Probation documents related to his federal case.

Rather than being lodged on the docket as correspondence from Mr. Haven, it was interpreted by the Clerk's Office as a Motion to Reduce/Modify Sentence. (Dkt. No. 57.)

The United States of America, by and through the undersigned Assistant United States Attorney, objects to Mr. Haven's request on procedural and substantive grounds,

which it will address more fully if ordered to do so by the court.

The United States requests that the improperly characterized motion before the court be denied.

RESPECTFULLY SUBMITTED on 3rd day of March, 2023.

                                           TRINA A. HIGGINS
                                         United States Attorney

                                         /s/ Jennifer E. Gully
                                         JENNIFER E. GULLY
                                         Assistant United States Attorney